UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ULYSSES KOUTSIS,<br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA INSTITUTION FOR MEN,<br>          Defendant. | Case No. 22-cv-02389-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 1 |

After plaintiff Joseph Ulysses Koutsis filed a motion, the Clerk sent him notices directing him to file a complaint on this Court's form and to file a complete application to proceed *in forma pauperis* (IFP), or pay the filing fee. (Dkt. Nos. 2 and 3.) Koutsis has not complied with the Clerk's Notices. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Koutsis may move to reopen. Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $402.00 filing fee), and (ii) a complaint on this Court's form. The motion must also have the words MOTION TO REOPEN written on the first page.

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 7, 2022

                                                             WILLIAM H. ORRICK
                                                             United States District Judge